UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **GAFGAZ MAMMADOV** | **CASE NO. 6:26-CV-02544 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN PINE PRAIRIE I C E PROCESSING CENTER ET AL** | **MAGISTRATE JUDGE HORNSBY** |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 13], and no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Gafgaz Mammadov's Petition for the Writ of Habeas Corpus [Doc. No. 1] is **DENIED** and **DISMISSED WITHOUT PREJUDICE.**

MONROE, LOUISIANA, this 6th day of November, 2026.

Terry A. Doughty
United States District Judge